UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CARRILLO,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendants. | No.  1:26-cv-01214-GSA<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(ECF No 2.) |

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Doc. 2.  Plaintiff's declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.


IT IS SO ORDERED.

Dated:    **March 3, 2026**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

1