UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Carrillo, | No.  1:26-cv-01214-KES-GSA |
| Plaintiff, | ORDER GRANTING BRIEFING EXTENSION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

As stipulated, it is **ORDERED** that Plaintiff's Motion for Summary Judgment deadline is extended to and including June 5, 2026, all other deadlines extended accordingly.

IT IS SO ORDERED.

Dated:    **April 15, 2026**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE