JONATHAN O. PENA
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-439-9700
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo  Carrillo , | Case No. 1:26-cv-01214-KES-GSA |
| Plaintiff, | MOTION FOR EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff respectfully moves for an extension of time to file the PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. Plaintiff's current deadline is June 5, 2026. Plaintiff requests an additional 30 days, up to and including July 6, 2026, to file the brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This request is made in good faith and not for the purpose of delay. During counsel's review of the Certified Administrative Record ("CAR"), counsel discovered that the administrative transcript provided by Defendant was incomplete. Specifically, the transcript omitted a prior Administrative Law Judge ("ALJ") decision dated November 1, 2020, which was referred by the administrative law

1

judge in the recent denial and was part of the agency file. This request was not anticipated by the Plaintiff, as review of the exhibit file prior to filing in the Federal District Court revealed that the 2020 decision was part of the record and an argument surrounding the misapplication of the Chavez presumption of continuing non-disability was developed.

Plaintiff's counsel attempted to contact Defendant's counsel to obtain a stipulation for this extension but did not receive a response in time to file a joint request.

This is Plaintiff's second request for an extension in this matter. Plaintiff apologizes to the Court for any inconvenience and respectfully requests that the Court grant the requested extension.

Respectfully submitted,

Dated: June 3, 2026          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ JONATHAN O. PENA*
JONATHAN O. PENA
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Ricardo   Carrillo ,

           Plaintiff,

   vs.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-01214-KES-GSA

ORDER FOR EXTENSION OF TIME

    Based upon the Plaintiff's Motion for an extension of time, for good cause shown, it is ORDERED that that Plaintiff shall have an extension of time, from June 5, 2026 to July 6, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

    Dated: __**June 4, 2026**__         __**/s/ Gary S. Austin**__

                               UNITED STATES MAGISTRATE JUDGE

3